UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENAYATOLLAH NADAF-RAHROV, ET AL.,

    Plaintiffs,

    v.

SHELLPOINT MORTGAGE SERVICING, et al.,

    Defendants.

Case No. 16-cv-02112-RS

**ORDER FOR MEET AND CONFER NEGOTIATIONS AND BRIEFING**

Plaintiffs seek a temporary restraining order to enjoin a foreclosure sale presently set for November 3, 2016.  The parties are directed to meet and confer to attempt to agree to a continuance of the sale for a period of approximately 30 days, to allow plaintiffs' application for preliminary relief to be considered as a request for a preliminary injunction, with adequate opportunity for briefing and due consideration of the issues.  In the event the parties reach such agreement, the Court will accommodate briefing and any hearing on an expedited schedule.  Should the parties be unable to so stipulate, defendants are requested to file any opposition to plaintiffs' application for a temporary restraining order no later than Noon, November 2, 2016.

**IT IS SO ORDERED**.

Dated: November 1, 2016

_____
RICHARD SEEBORG
United States District Judge