Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:   (415) 315-1653
Facsimile:    (415) 276-1902

Attorneys for Plaintiffs,
ENAYATOLLAH NADAF-RAHROV
FOROUGH NADAF-RAHROV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENAYATOLLAH NADAF-RAHROV, an individual; and<br>FOROUGH NADAF-RAHROV, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, a business entity; BANK OF AMERICA, N.A, a national association; BANK OF NEW YORK MELLON, a national association; and Does 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-02112-RS<br><br>[*Assigned to the Hon. Richard Seeborg*]<br><br>**JOINT STIPULATION REGARDING DISMISSAL OF DEFENDANTS SHELLPOINT MORTGAGE SERVICING AND BANK OF NEW YORK MELLON WITH PREJUDICE; [PROPOSED] ORDER** |

Plaintiffs ENAYATOLLAH NADAF-RAHROV and FOROUGH NADAF-RAHROV ("Plaintiffs") and Defendants SHELLPOINT MORTGAGE SERVICING and BANK OF NEW YORK MELLON by and through their counsel of record, hereby stipulate and agree as follows:

1. The above captioned action as against Defendants SHELLPOINT MORTGAGE SERVICING and BANK OF NEW YORK MELLON is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);

2. Plaintiffs and Defendants SHELLPOINT MORTGAGE SERVICING and BANK OF NEW YORK MELLON shall bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: May 25, 2017

By: */s/ Sarah Shapero*
Sarah Shapero

Attorneys for Plaintiffs

DATED: May 26, 2017

WRIGHT FINLAY & ZAK, LLP

By: */s/ Ronald Arlas*
Ronald Arlas

Attorneys for Defendants
SHELLPOINT MORTGAGE SERVICING and
BANK OF NEW YORK MELLON

2
STIPULATION FOR DISMISSAL

**~~PROPOSED~~ ORDER**

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

1. The above captioned action as against Defendants SHELLPOINT MORTGAGE SERVICING and BANK OF NEW YORK MELLON is dismissed in its entirety with prejudice;
2. Plaintiff and Defendants SHELLPOINT MORTGAGE SERVICING and BANK OF NEW YORK MELLON shall bear their own fees and costs.

DATED: May 26, 2017

*/s/ Richard Seeborg*
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE