UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENAYATOLLAH NADAF-RAHROV, et al.,

Plaintiffs,

v.

BANK OF AMERICA, N.A.,,

Defendant.

Case No. 16-cv-02112-RS

**ORDER DISMISSING CASE**

On September 1, 2017, plaintiffs' counsel were permitted to withdraw, and plaintiffs were expressly cautioned that unless they appeared and participated in the action *in pro se* or through new counsel by no later than the time of a further case management conference set for this date, the action would be dismissed without further notice. Plaintiffs have not appeared in the action subsequently and did not appear at the case management conference. Accordingly, this action is dismissed and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 26, 2017

RICHARD SEEBORG
United States District Judge